IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:24-CR-00101-D-BM

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| LOGAN JAMES MAYER | |

Before the Court is Defendant's motion to seal Docket Entry Number 66 and its accompanying attachments pursuant to Local Criminal Rule 55.2.

For the reasons stated in Defendant's motion, the Court finds good cause exists. Accordingly, the motion is ALLOWED and Docket Entry Number 66 and its accompanying attachments shall be filed under seal.

SO ORDERED. This ___5___ day of May 2026.

James C. Dever III
United States District Judge